IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00899-FMA |

**UNOPPOSED MOTION TO WITHDRAW**
**AS PLAINTIFF'S COUNSEL**

COMES NOW James Merle Thomas of Williams, Kastner & Gibbs, PLLC, lead attorney for plaintiff, SWINOMISH INDIAN TRIBAL COMMUNITY, and hereby files this Unopposed Motion to Withdraw as Plaintiff's Counsel, and as grounds therefore, states as follows:

1. At the time the complaint in this matter was filed, I understood that I was the only member of my firm admitted to practice before the United States Court of Federal Claims. Since that time, Sharon I. Haensly has been admitted to practice before this Court and now should be named as lead attorney in this matter.

2. Accordingly, the undersigned hereby requests that this Court permit him to withdraw from representation of the Plaintiff, and that this Court enter an order that said counsel is relieved from any further responsibility in this cause.

3. This motion is filed in good faith and is not intended for purposes of harassment or delay.

4. A proposed Order is attached hereto as Exhibit "A".

WHEREFORE, James Merle Thomas requests this Court enter an Order allowing him to withdraw as counsel for Plaintiff, SWINOMISH INDIAN TRIBAL COMMUNITY and relieving him from any further responsibility in this case.

DATED this 23rd day of January, 2007.

Respectfully submitted,

WILLIAMS, KASTNER & GIBBS, PLLC
Attorneys for Plaintiff
601 Union St., #4100
Seattle, WA 98101
Telephone: (206) 628-6600
Facsimile: (206) 628-6611

By: /s/ James Merle Thomas
JAMES MERLE THOMAS, ESQ.