IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00899-FMA |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**
**AS PLAINTIFF'S COUNSEL**

This matter having come before this Court on the Unopposed Motion to Withdraw as Plaintiff's Counsel, and the Court being advises in the premises,

IT IS HEREBY ORDERED that James Merle Thomas' motion is GRANTED. Mr. Thomas shall be relieved from any further responsibility in this cause.

IT IS SO ORDERED.

DONE this _________ day of ___________________, 2007.

______________________________________
JUDGE FRANCIS M. ALLEGRA

Copy furnished to:
James Merle Thomas, Esquire

**EXHIBIT A**