IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00899L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case, including Defendant's time and obligation to file its Answer or otherwise respond to the Complaint, is temporarily stayed until August 17, 2007. The Court will determine the new deadline for Defendant to file its Answer or otherwise respond to the Complaint, based on the parties' joint status report pursuant to Paragraphs 3 and 4, below;

3. The parties shall file a joint status report on or before August 17, 2007, informing the Court of the status of their efforts to resolve or narrow Plaintiff's issues and claims in this case and making a proposal to the Court about whether and how to proceed with the case; and

4. In the event that the parties determine to proceed with the formal litigation of this case, the parties shall set forth, in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by Defendant of its Answer or response to the Complaint

and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

SO ORDERED.

Date: ____________________________ ____________________________________________
HON. FRANCIS M. ALLEGRA
United States Court of Federal Claims