IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00899L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO WITHDRAW DOCKET ENTRY [7] and [PROPOSED ORDER]**

Defendant United States of America respectfully moves this Court to strike docket entry ("D.E.") [7] (Notice of Appearance for Laura M.L. Maroldy) as this entry was filed in error. On February 21, 2007, undersigned counsel filed the above-referenced document in the above-captioned case. Undersigned counsel intended to file D.E. # 7 in connection with Ak-Chin Indian Community v. United States, No 06-cv-00932. Please re-enter the appearance of Martin J. LaLonde as counsel for Defendant United States of America in connection with this case, and withdraw undersigned counsel.

Respectfully submitted this 21st day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Laura M.L. Maroldy*
LAURA M.L. MAROLDY
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MARTIN J. LALONDE
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247 (Mr. LaLonde)
Tel: (202) 305-0241 (Mr. Hoang)
Fax: (202) 353-2021