IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-cv-00899L<br>Judge Francis M. Allegra |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion to withdraw docket entry [7]. Upon consideration of the Defendant's motion and for good cause shown, it is hereby ordered that:

1. The Defendant's motion should be and hereby is GRANTED;

2. Laura M.L. Maroldy shall be removed as the attorney of record and Martin J. LaLonde re-instated as the attorney of record in this case.

SO ORDERED.

Date:______________________________

______________________________
HONORABLE FRANCIS M. ALLEGRA
United States Court of Federal Claims