# In The United States Court of Federal Claims

No. 06-899L

(Filed: February 22, 2007)

SMINOMISH INDIAN TRIBAL COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 21, 2007, the parties submitted a joint motion to temporarily stay this litigation. This motion is hereby **DENIED**. The issues raised in the joint motion will be discussed at the joint preliminary status conference to be scheduled following the filing of the joint preliminary status report.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge