IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-cv-00899L<br>Judge Francis M. Allegra |

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties respectfully request that this Court grant Defendant an extension of time, to and including April 13, 2007, within which to file its Answer or otherwise respond to the Complaint. The grounds for this joint motion are as follows:

1. Plaintiff filed this case on December 27, 2006. See Complaint, Doc. 1. Plaintiff makes allegations in the case relating to the trust accounting and trust funds management duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. Under RCFC 12, the deadline for Defendant to file its Answer or otherwise respond to the Complaint is February 26, 2007.

3. On February 21, 2007, the parties filed a joint motion for temporary stay of litigation, to and including August 17, 2007. See Joint Motion to Stay Litigation, Doc. 6. This Court denied the joint motion on February 22. See Order, Doc. 10.

4. Defendant's counsel, Anthony P. Hoang, conferred with Plaintiff's counsel, Emily Hutchinson and Steve LeCuyer, on February 23, 2007, about the deadline for Defendant's

responsive pleading and the Court's denial of the parties' joint motion, and they agreed that the parties would make this request for extension of time.

5. According to Defendant's counsel, Defendant needs the extension of time, because, while it has been and continues to be working diligently on preparing responses to the Complaint in this case, it also has been and continues to be responding to the demands of other Tribal trust cases and matters.[1/] After Defendant completes the preparation of its responsive pleading, it needs to submit the document for review and comment by the appropriate officials and personnel at the Departments of Justice, the Interior, and the Treasury; incorporate or address any comments; and finalize and file the document.

6. If the Court grants the parties' request for extension, Plaintiff and Defendant will confer to identify their needs for relevant or potentially relevant document and data production; discuss and develop a process and schedule for such document and data production; and determine whether and how to engage in settlement discussions or formal alternative dispute resolution (ADR). The parties will address these issues in their joint preliminary status report and will be prepared to discuss them further with the Court at the status conference following the filing of the joint preliminary status report.

7. It is Defendant's view that, given the number of cases, especially those in this Court, there is a significant potential for overburdening Defendant's already limited resources. The parties believe that it would be in their best interests to work together and, if possible, develop a way for

---

[1/] As Defendant described in the joint motion for temporary stay and in its exhibit to the joint motion, Doc. 6, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court and the United States District Courts. Of those 103 cases, 57 cases are in this Court, while 37 cases are in the United States District Court for the District of Columbia and 9 cases are in the United States District Courts in Oklahoma. Id.

handling or resolving Plaintiff's claims and issues in this case, without the need for formal litigation. They further believe that such an approach would serve the public interest by promoting judicial economy and conserving the parties' scarce resources.

8. Based on the foregoing, the parties hereby respectfully request that the Court grant their request for extension of time, to and including April 13, 2007, for Defendant to file its Answer or otherwise respond to the Complaint.

WHEREFORE, the parties respectfully request that their motion for an extension of time for Defendant to file its Answer or otherwise respond to the Complaint be GRANTED.

Respectfully submitted this 23rd day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
*for James M. Thomas*
JAMES M. THOMAS
Williams, Kastner & Gibbs, PLLC
Two Union Square
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WS 98101
Tel: (206) 628-6784
Fax: (206) 628-6611

Attorney of Record for Plaintiff

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

STEPHEN T. LeCUYER
EMILY HUTCHINSON
Swinomish Indian Tribal Community
P.O. Box 817
La Conner, WA 98257
Tel: (360) 466-7248
Fax: (360) 466-5309

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227