# In The United States Court of Federal Claims

No. 06-899L

(Filed: February 26, 2007)

SMINOMISH INDIAN TRIBAL COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 23, 2007, defendant filed a joint motion for an enlargement of time of 45 days, to and including April 13, 2007, within which to respond to plaintiff's complaint. The motion is hereby **GRANTED**, in part. Defendant shall file its response to the complaint on or before April 30, 2007. **No further enlargement of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge