# In The United States Court of Federal Claims

No. 06-899L

(Filed: June 26, 2007)

SWINOMISH INDIAN TRIBAL
COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic preliminary status conference will be held in this case on Friday, July 6, 2007, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge