IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:06-cv-00899L<br>Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENTRY OF PARTIES' JOINT STIPULATION CONCERNING CONFIDENTIALITY OF CERTAIN DOCUMENTS, DATA, AND OTHER MATERIAL TO BE PROVIDED BY DEFENDANT TO PLAINTIFF

The Swinomish Indian Tribal Community ("Swinomish Tribal Community") and the United States hereby move jointly for entry of the Parties' joint stipulation regarding confidentiality of certain documents, data and other material to be produced by Defendant to Plaintiff. In support of this motion the Parties state the following:

1. Plaintiff Swinomish Tribal Community filed this tribal trust action on December 27, 2006, alleging defendant's breach of trust duties regarding management of Plaintiff's trust funds and a failure to provide a proper accounting of such funds.

2. Defendant United States filed its Answer on April 30, 2007.

3. The Parties' Joint Preliminary Status Report was timely filed on June 20, 2007.

4. The Parties anticipate filing a motion with this court to refer this case to ADR by July 20, 2007.

5.. The Parties have negotiated a Joint Stipulation ("Stipulation") to govern the provision of Confidential Materials, as defined in the attached Stipulation, by Defendant to Plaintiff regardless of the context (i.e. in litigation, ADR, or informal settlement discussions) in which the production occurs.

6. The Stipulation is meant to facilitate efficient discovery and authorize the production of Confidential Materials by Defendant to Plaintiff while protecting them from further disclosure consistent with the confidentiality laws specified in the Stipulation.

WHEREFORE, the Swinomish Tribal Community and the United States respectfully request that the Court approve and enter the attached proposed Joint Stipulation Regarding the Confidentiality of Certain Documents, Data, and Other Material to be Provided by Defendant to Plaintiff and proposed order.

Respectfully submitted this 27thday of June, 2007

RONALD J. TENPAS
Acting Assistant Attorney General

s/ Stephen T. LeCuyer
STEPHEN T. LeCUYER
Swinomish Indian Tribal Community
P.O. Box 817

La Conner, WA 98257
Tel: (360) 466-7248

s/ Robert W. Rodrigues
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663

Fax: (360) 466-5309

Attorney of Record for Plaintiff

OF COUNSEL:

Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227