EXHIBIT "A"

AFFIDAVIT OF CONFIDENTIALITY

STATE OF ____________________,

1. My name is ____________. I work at ____________. I am serving as (counsel) (expert) (paralegal) (support staffer) on behalf of ____________ in the above-captioned proceeding.

2. I certify that I have fully read and completely understand the Joint Stipulation Regarding Confidentiality ("Joint Stipulation") attached and incorporated herewith as Exhibit "A." I undertake and agree to abide fully and completely by its terms.

3. In particular, and without limitation of the foregoing, I recognize that materials designated as "Confidential Materials" pursuant to the Joint Stipulation may contain information relating to tribes and/or individuals not parties to this litigation that Defendant asserts and designates as being subject to protection from disclosure pursuant to federal statutes and regulations; I agree to keep secret information contained within Confidential Materials; I agree not to disclose, reveal, or discuss, in any way, the information contained within Confidential Materials with any person, other than as authorized by the Joint Stipulation and associated Order; and I agree not to use information contained within Confidential Materials for any purpose, other than this litigation (including any ADR process, informal settlement discussions, and appeals therein) or any related administrative proceedings before the United States Department of the Interior.

4. I understand that if I disclose information contained within Confidential Materials in violation of the Joint Stipulation and associated Order, I may be subject to all applicable sanctions, including penalties imposed by the Court for contempt.

____________________________________

AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS ___________ DAY OF ________________, ______,

___________________________________
NOTARY PUBLIC