IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:06-cv-00899L<br>Judge Francis M. Allegra |

**PARTIES JOINT MOTION TO STRIKE ELECTRONIC FILING NO. 18.**

Plaintiff Swinomish Indian Tribal Community and Defendant United States of America respectfully move this Court to strike electronic filing no. 18 in this Tribal trust case. In support of this motion, the Parties offer the following facts:

1. On June 27, 2007, the Parties in this case attempted to make two filings including a Joint Motion for Entry of the Parties' Joint Stipulation Concerning Confidentiality of Certain Documents, Data, and other Materials, the Joint Stipulation itself along with one exhibit, and a proposed form of order.

2. The Parties attempted to commence the electronic filings beginning at docket no. 18 but aborted the process upon realizing that a docket description had been used which did not accurately describe the actual document being filed.

3. Thereafter, the Parties recommenced and successfully completed the filing of the aforenoted documents with electronic filing nos. 19 and 20.

For the foreging reasons, and in consultation with the Clerk's Office, the Parties respectfully request that ECF filing no. 18 be stricken from the record.

Dated this 29th day of June, 2007.

Respectfully submitted,

RONALD TENPAS
Assistant Attorney General

s/Stephen T. LeCuyer
STEPHEN T. LeCUYER
Swinomish Indian Tribal Community
P.O. Box 817
La Conner, WA 98257
Tel: (360) 466-7248
Tel: (360) 466-7248
Fax: (360) 466-5309

Attorney of Record for Plaintiff

s/ Robert W. Rodrigues
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:
ANTHONY P. HOANG
MARTIN J. LALONDE
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227