# In The United States Court of Federal Claims

No. 06-899L

(Filed: July 6, 2007)

SWINOMISH INDIAN TRIBAL COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 6, 2007, a preliminary status conference was held in this case. Participating in this conference were Stephen Thomas LeCuyer for plaintiff and Robert William Rodrigues for defendant. Pursuant to discussions held during this conference,

1. On or before July 18, 2007, the parties shall file a joint status report including either a mutually agreed upon confidentiality agreement and protective order, or a detailed description of any disagreements regarding the content of this document.

2. On or before July 25, 2007, the parties shall file a joint status report indicating whether and how they wish to proceed with the entry of a document preservation order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge