IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 1:06-cv-00899L<br>Judge Francis M. Allegra<br><br>Electronically Filed on July 25, 2007 |

**JOINT STATUS REPORT CONCERNING DOCUMENT PRESERVATION ISSUES**

Pursuant to this Court's July 06, 2007 Order, the parties file the following Joint Status Report Concerning Document Preservation Issues:

1 In accordance with the Court's July 6, 2007 Order, the parties negotiated and submitted a Confidentiality Agreement and Proposed Protective Order on July 18.

2 In addition, Plaintiff drafted a Joint Stipulation Regarding Preservation of Documents, Data and Tangible Things ("Joint Preservation Stipulation"), and provided the draft to Defendant.

3. The parties have engaged in several discussions of the draft Joint Preservation Stipulation, and have made substantial progress in reaching agreement.

4. The parties are continuing to discuss a remedies provision and an unresolved issue as to whether a document inspection provision is required based on any scheduled movement of inactive records to the American Indian Records Repository in Lenexa, Kansas.

5. On the basis of current good faith negotiations, the Parties believe that they can resolve the remaining issues and anticipate that they will be able to reach agreement upon the terms of a Joint Preservation Stipulation.

6. The parties anticipate that within two weeks, but no later than August 08, 2007, they will be able to file an agreed form of a Joint Preservation Stipulation.

7. Based on the foregoing, the parties request that they be allowed an additional two weeks, until August 08, 2007, in which to file an agreed form of a Joint Preservation Stipulation.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*s/ Stephen T. LeCuyer*
STEPHEN T. LeCUYER
Swinomish Indian Tribal Community
P.O. Box 817

La Conner, WA 98257
Tel: (360) 466-7248
Fax: (360) 466-5309

Attorney of Record for Plaintiff

*s/ Robert W. Rodrigues*
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227