# In The United States Court of Federal Claims

No. 06-899L

(Filed: July 31, 2007)

SWINOMISH INDIAN TRIBAL COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 25, 2007, the parties filed a joint status report indicating that they are working towards agreement on the terms of a Joint Preservation Stipulation. Accordingly, on or before August 8, 2007, the parties shall file a proposed Document Preservation Order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge