IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:06-cv-00899L<br>Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | Electronically Filed on 08/08/2007 |
| Defendant. | ) | |

**JOINT MOTION TO STRIKE ELECTRONIC FILING NUMBER**

COME NOW the parties, Plaintiff Swinomish Indian Tribal Community ("Plaintiff") and Defendant United States of America ("Defendant"), and jointly move the Court to strike electronic filing docket document number 28. In support of this motion, the parties state:

1. Plaintiff electronically filed the Parties' Joint Stipulation Regarding Preservation of Documents, Data and Tangible Things ("Joint Stipulation") as docket document number 28.

2. The Joint Stipulation as filed inadvertently did not include the name of Plaintiff's counsel of record in the signature blocks for Plaintiff's and Defendant's (as approved by telephone) counsel following the symbol "s/".

3. In order to assure the parties' timely compliance with this Court's Order of July 31, 2007, Plaintiff has corrected the inadvertent omission of counsel's name in the signature blocks and has refilled the Joint Stipulation.

4. This motion is filed to eliminate the original but now duplicate Joint Stipulation.

Respectfully submitted this 8th day of August, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Stephen T. LeCuyer*

STEPHEN T. LeCUYER
Swinomish Indian Tribal Community
P.O. Box 817
La Conner, WA 98257
Tel: (360) 466-7248
Tel: (360) 466-7248
Fax: (360) 466-5309

Attorney of Record for Plaintiff

*s/ Stephen T. LeCuyer per email authorization*
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:
ANTHONY P. HOANG
MARTIN J. LALONDE
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227