IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00899L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A FOUR DAY EXTENSION OF TIME THROUGH SEPTEMBER 21, 2007 TO COMPLY WITH THIS COURTS ORDER OF AUGUST 24, 2007**
**AND [PROPOSED] ORDER**

Defendant, United States, respectfully moves this Court for a four day extension of time through September 21, 2007, to comply with Section 4 of the Court's record retention order dated August 24, 2007. Section 4 of the RRO requires that Defendant file a status report with the Court describing the government's compliance mechanisms. Defendant's status report is currently due on September 17, 2007. Defendant has not previously requested an extension in connection with this matter. Counsel for the Parties have conferred via telephone on September 12 and 13, 2007, and Defendant's counsel is authorized to state that Plaintiff's counsel does not oppose this motion. In support of its motion, Defendant states as follows:

1. On August 24, 2007 this Court entered its RRO in this case.

2. Section 4 of the RRO entitled "Compliance" requires as follows:

> Compliance. Defendant, in consultation with plaintiff, shall establish a mechanism for monitoring compliance with this order, providing, *inter alia*, for periodic reminders of record retention obligations to be sent to Swinomish document repositories, BIA Puget Sound Agency, Northwest Regional Office and the Office of Trust Records. On or before September 17, 2007, defendant shall file a status report with the court describing this compliance mechanism. Counsel shall immediately notify opposing

counsel if, at any time, they become aware of a violation of paragraph 1 of this order (*e.g.*, the destruction or loss of documents, data, and/or tangible things).

3. Both prior to and following entry of the RRO the Parties have discussed compliance mechanisms as per the consultation requirement of the Order. This includes distribution of of the RRO and periodic reminders to relevant parties, agencies, and offices of the preservation obligations under the RRO.

4. It is Defendant's intention to file its status report in the form of declarations of agency counsel. In particular, the government will file declarations by agency counsel for the Department of the Interior ("Interior") and the Department of the Treasury. This approach comports with the format of the previous compliance filing of April 26, 2004, in Jicarilla Apache Nation v. United States, No. 02-025L (C.F.C.).

5. Defendants preparation of agency declarations has been delayed based upon business travel to Phoenix, Arizona by Interior's counsel in connection with tribal trust work in the case of Gila River Community v. Dirk Kempthorne No. 1:06cv02249 (D.C.D.C.).

6. Following completion of the afornoted declarations, Defendant intends on submitting the declarations to Plaintiff's counsel to review based on the RRO's section 4, consultation requirement.

7. In order to have adequate time to complete the aforenoted process, Defendant respectfully request that it be afforded three additional days to file the compliance mechanisms declarations and complete its consultation with Plaintiffs counsel.

8. Neither party will suffer any prejudice by the granting of this motion and Plaintiff does not oppose this motion.

Wherefore, Defendant respectfully requests that its Unopposed Motion for a four day extension of time to file its compliance mechanisms be GRANTED.

Respectfully submitted this 13th day of September, 2007,

RONALD J. TENPAS
Assistant Attorney General

s/Robert W. Rodrigues
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

CAROL DRAPER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service

Office of the Chief Counsel
Washington, D.C. 20227