IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00899L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Defendant's September 13, 2007, Unopposed Motion for Four Day Extension of Time to file its compliance mechanisms as required by this Court's August 17, 2007 record retention order is hereby GRANTED. Defendant shall file its compliance mechanism status report no later than September 21, 2007.

Done this___day of September, 2007, ______________________________

Francis M. Allegra
Judge