# INDEX TO DECLARATIONS AND ATTACHMENTS

1. Declaration of Kenneth A. Dalton, September 21, 2007

| | |
|---|---|
| Exhibit A | *Swinomish* Fascimile Alert<br>Record Retention Order, August 24, 2007<br>Jensen Memorandum, March 12, 2007 |

2. Declaration of Lachlan W. Seward, September 20, 2007

| | |
|---|---|
| Tab A | Department of Treasury's Plan for Complying with Retention Orders in *Jicarilla* and *Pueblo of Laguna* |
| Tab B | Defendant's Supplemental Status Report |
| Tab C | Department of Treasury Communication from then General Counsel Aufhauser, March 29, 2002 |
| Tab D | Department of Treasury Employee Retention Reminder, August 6, 2007 |
| Tab E | Department of Treasury Employee Retention Reminder, August 27, 2007 |
| Tab F | Department of Treasury Employee Retention Reminder, August 29, 2007 |
| Tab G | Letter from Sharon King to Thomas E. Mills, September 13, 2007 |
| Tab H | Reminder from Vicki Thorpe to Stephen Cooper, August 21, 2007 |
| Tab I | Letter from Margaret Marquette to Mary H. Karr, September 13, 2007 |
| Tab J | Letters from FMS to Lockbox Banks, September 13, 2007 |

3. Declaration of Jason Baron, September 21, 2007