# In The United States Court of Federal Claims

No. 06-899L

(Filed: September 24, 2007)

---

SWINOMISH INDIAN TRIBAL COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 21, 2007, defendant filed electronically a status report describing compliance monitoring mechanisms, to which were attached 17 separate Adobe PDF files. The status report is hereby stricken, as it does not comply with United States Court of Federal Claims General Order 42A, Part I.4. On or before September 25, 2007, defendant shall refile the status report, combining the contents of each Adobe PDF file so as to minimize the total number of attachments filed (while keeping within the 2 megabyte maximum file size requirement).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge