IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-cv-00899L<br>Judge Francis M. Allegra |

**DEFENDANT'S NOTICE OF FILING STATUS REPORT**
**DESCRIBING COMPLIANCE MONITORING MECHANISMS**

Pursuant to Paragraph 4 of this Court's Order dated August 24, 2007 ("August 24 Order"), Defendant submits its status report describing the plans and procedures (i.e., "mechanisms") for complying with the record preservation requirements of the August 24 Order. See Attachment 1 hereto. This status report consists of the declarations, with attachments thereto, from officials or employees of the following agencies that have been determined to be the most likely to have the "documents, data, and tangible things" that are the most relevant to Plaintiff's claims in this case: the Department of the Interior, the Department of the Treasury; and the National Archives and Records Administration. Defendant, in particular, the Interior Department, will continue to review its plans and procedures for complying with the record preservation requirements of the August 24 Order, and, as appropriate, it will submit supplemental status reports to the Court, after consultation with Plaintiff herein.

Respectfully submitted this 21st day of September, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

s/Robert W. Rodrigues
ROBERT W. RODRIGUES

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

CAROL DRAPER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

KENNETH DALTON
Office of the Solicitor
United States Department of the Interior

JASON BARON
Office of the General Counsel
National Archives and Records Administration

TERESA E. DAWSON
Senior Counsel
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury