IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SWINOMISH INDIAN TRIBAL COMMUNITY, )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00899L
) Judge Francis M. Allegra
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

To the Clerk:

Please withdraw the appearance of Robert W. Rodrigues and enter the appearance of Kevin E. Regan as counsel of record for Defendant in this case.

Service of all papers on Mr. Regan by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Mr. Regan should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Room 3204
Washington, D.C. 20004

Respectfully submitted this 27th day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Kevin E. Regan*
KEVIN E. REGAN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MATTHEW M. MARINELLI
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0293
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227