IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-899L<br>Judge Francis M. Allegra<br><br>Electronically Filed on __________ |

**JOINT MOTION FOR ENTRY OF AMENDED CONFIDENTIALITY AGREEMENT AND [PROPOSED] PROTECTIVE ORDER**

COME NOW the parties, Plaintiff Swinomish Indian Tribal Community ("Plaintiff") and Defendant United States of America ("Defendant"), and jointly move for entry of the parties' jointly proposed amendment to the Confidentiality Agreement and Protective Order ("CAPO") issued by the Court on July 31, 2007. See Exhibit ("Exh.") 1 hereto. In support of the motion, the parties submit the following grounds:

1. The parties jointly moved on June 27, 2007, for approval and entry of the parties' stipulations regarding confidentiality of certain documents, data and other material to be produced between the parties and a proposed order.
2. The Court entered the CAPO on July 31, 2007. The CAPO "govern[s] production in this case of records in either party's possession, custody, or control. It shall limit use and further disclosure, both within and outside of alternative dispute resolution proceedings, of records that a party receives pursuant to this Order." The CAPO requires the parties to "negotiate

promptly and in good faith to try to resolve all disputes or objections arising under or concerning any provision of this Order."

3. Subsequent to the entry of the CAPO, the parties realized that, in the course of the daily contact and interactions between the parties' employees, as part of the government-to-government relationship between the parties, the parties' employees occasionally request, produce, and exchange documents, data and other materials, which, if produced in this case, would be subject to the CAPO. In particular, employees of the Office of Special Trustee for American Indians ("OST"), United States Department of the Interior, began a trust evaluation pursuant to 25 C.F.R. Part 1000, Subpart O, of certain realty and forestry functions that have been assumed by Plaintiff pursuant to Pub. L. 93-638. Such an evaluation requires inspection by and/or production to OST audit staffers of documents in Plaintiff's possession, custody, and control that Plaintiff believes may also be requested in or subject to discovery in this case. Plaintiff's counsel expressed concerns to Defendant's counsel about Plaintiff's ability to comply with any lawful evaluation of realty and forestry functions that have been assumed by Plaintiff pursuant to Pub. L. 93-638,and the parties' ability to comply with the CAPO. In particular, Plaintiff's counsel expressed concerns about waiver of applicable privileges through the inadvertent disclosure or production of documents pursuant to the trust evaluation, rather than through the procedures set forth in the CAPO.

4. The parties' attorneys have conferred by letter, telephone, and email on numerous occasions, and they have negotiated in good faith to resolve this

potential dispute regarding the possible waiver of applicable privileges. To facilitate the parties' resolution of the matter, OST has agreed to suspend the continuation and completion of the trust evaluation temporarily. Based on their discussions, the parties have developed amendments of the CAPO, which they are jointly and respectfully proposing to the Court for its consideration and determination. The parties believe that their proposed amendments to the CAPO (as set forth in Exh. 1) will adequately resolve the potential dispute and will allow the trust evaluation to proceed promptly, as desired by both parties.

WHEREFORE, the Swinomish Indian Tribal Community and the United States jointly and respectfully request that the Court approve and enter the attached Amended Confidentiality Agreement and [Proposed] Protective Order as an Order of the Court.

Respectfully submitted this 25th day of January, 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ Stephen T. LeCuyer*
STEPHEN T. LeCUYER
Swinomish Indian Tribal Community
P.O. Box 817
La Conner, WA 98257
Tel: (360) 466-7248
Fax: (360) 466-5309

Attorney of Record for Plaintiff

*s/ Stephen T. LeCuyer for*
KEVIN E. REGAN
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MATTHEW MARINELLI
United States Department of Justice
Environment Division

P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0293
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227