# In The United States Court of Federal Claims

No. 06-934L

(Filed: January 25, 2007)

THE KAW NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

This case is hereby referred to Senior Judge Eric Bruggink, to conduct ADR in this complex matter. Senior Judge Bruggink was involved in the settlement of a prior matter that is similar to the instant case and has expressed his willingness to accept this referral. Accordingly, it is hereby **ORDERED**:

1. Proceedings in this case are stayed until further notice.

2. The parties periodically shall file joint status reports regarding the progress of ADR. The first such report shall be filed on April 18, 2008, with subsequent reports filed every 91 days thereafter. The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge