# In the United States Court of Federal Claims

No. 06-899L ADR
(Filed: February 19, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
SWINOMISH INDIAN TRIBAL
COMMUNITY, etc.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephone conference with the parties will be held Thursday, April 17, 2008, at 3:00 p.m. eastern. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra