IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-899L<br>Judge Francis M. Allegra<br><br>Electronically Filed on May 16, 2008 |

**JOINT MOTION FOR ENTRY OF**
**SECOND AMENDED CONFIDENTIALITY AGREEMENT AND**
**[PROPOSED] PROTECTIVE ORDER**

COME NOW the parties, Plaintiff Swinomish Indian Tribal Community ("Plaintiff") and Defendant United States of America ("Defendant"), and jointly move for entry of the parties' jointly proposed second amendment to the Confidentiality Agreement and Protective Order ("CAPO") issued by the Court on July 31, 2007 and modified by the Court on March 5, 2008. Docket ("Dkt.") Nos. 26 and 43. In support of the motion, the parties submit the following grounds:

1. The parties jointly moved on June 27, 2007, for approval and entry of their stipulation and proposed order regarding the confidentiality of certain documents, data, and other materials to be produced by the parties. Dkt. No. 19. The Court granted the parties' joint motion and entered the requested CAPO on July 31, 2007. Dkt. No. 26.
2. Subsequent to the entry of the CAPO, the parties negotiated and jointly moved for approval and entry of proposed amendments to the CAPO, which

the parties believed would adequately resolve a potential dispute regarding the possible waiver of applicable privileges, through Plaintiff's compliance with a trust evaluation conducted by the Office of the Special Trustee for American Indians, pursuant to 25 C.F.R. Part 1000, Subpart O, of certain realty and forestry functions that have been assumed by Plaintiff pursuant to Pub. L. 93-638. Dkt. No. 38. The Court granted the parties' joint motion and entered the requested Amended CAPO on March 5, 2008. Dkt. No. 43.

3. The parties agreed to seek, and jointly moved for, referral of the case to ADR to determine the possibility of negotiating a mutually-agreeable resolution of some or all of the claims and issues in this case without the need for protracted litigation. *See* Dkt. No. 22. On January 25, 2008, the Court granted the parties' request and referred the case to Senior Judge Bruggink to conduct ADR. Dkt. No. 40.

4. After referral of the case to ADR, the parties began negotiating an agreement to govern the terms of, and confidentiality within, the ADR proceedings, as is required by Appendix H, 3(c) to the Rules of the Court of Federal Claims. The parties anticipate finalizing and submitting to Judge Bruggink this agreement after this Court rules on the instant motion, so that they can ensure consistency between the language of the ADR Agreement and the CAPO.

5. The parties agree that confidentiality of their settlement discussions is essential to the settlement process because the confidentiality facilitates full and frank discussions between and among the parties and Judge Bruggink regarding the parties' respective positions. The parties agree that they will

conduct settlement negotiations with the clear, explicit, and mutual understanding that all of their settlement communications, whether within or without ADR proceedings before Judge Bruggink and whether written or oral, will be kept confidential and will not be disclosed, except as agreed upon by the parties or authorized by the Court.

6. The parties seek amendment of the CAPO, rather than entry of a separate order addressing confidentiality of settlement discussions, in the interests of efficiency, so that the Court can address all issues relating to confidentiality in one document. The parties set forth, in the attached Second Amended Confidentiality Agreement and [Proposed] Protective Order (Exhibit 1), their proposed amendments to the CAPO, which they have developed through extended negotiations by telephone and e-mail. The parties believe that these proposed amendments will adequately address the use and disclosure, and protect the confidentiality, of their settlement communications. For the Court's convenience, the parties have also attached a document that illustrates the differences between the parties' Second Amended Confidentiality Agreement and [Proposed] Protective Order and this Court's Amended Protective Order entered on March 6, 2008.

WHEREFORE, Plaintiff Swinomish Indian Tribal Community and Defendant United States jointly and respectfully request that the Court approve and enter the attached Second Amended Confidentiality Agreement and [Proposed] Protective Order as an Order of the Court.

Respectfully submitted this 16th day of May, 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ Stephen T. LeCuyer, by s/ Kevin E. Regan pursuant to written authorization provided on May 16, 2008*
STEPHEN T. LeCUYER
Swinomish Indian Tribal Community
P.O. Box 817
La Conner, WA 98257
Tel: (360) 466-7248
Fax: (360) 466-5309

Attorney of Record for Plaintiff

*s/ Kevin E. Regan*
KEVIN E. REGAN
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MATTHEW MARINELLI
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0293
Fax: (202) 353-2021

KENNETH DALTON
U.S. Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
U.S. Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227