# In the United States Court of Federal Claims

No. 06-899L ADR
(Filed: July 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
SWINOMISH INDIAN TRIBAL
COMMUNITY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic ADR status conference with the parties will be held on Tuesday, October 14, 2008, at 3:00 p.m. eastern. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra