# In The United States Court of Federal Claims

No. 06-899L

(Filed:  December 14, 2009)

_____

SWINOMISH INDIAN TRIBAL
COMMUNITY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On or before January 4, 2010, defendant shall file a status report discussing the impact on the settlement negotiations in this case of the recent class action settlement announced in *Cobell v. United States* (Civ. A. 96-1285 RCL, D.C. Dist. Ct.), and the apparent changes in litigative policy associated therewith.  *See* Remarks of Attorney General Holder at the Announcement of *Cobell v. Salazar* Settlement (Dec. 8, 2009) (*available at* http://www.justice.gov/ag/speeches/2009/ag-speech-091208.html) (Last visited Dec. 14, 2009); Remarks of Associate Attorney General Perrelli at the Announcement of *Cobell v. Salazar* Settlement (Dec. 8, 2009) (*available at* http://www.justice.gov/asg/speeches/2009/asg-speech-091208.html) (Last visited Dec. 14, 2009).  Chambers will contact the parties to schedule a status conference in January to discuss defendant's status report, as well as any other matters related to the pending negotiations that require discussion.

      **IT IS SO ORDERED.**

                                s/ Francis M. Allegra
                                Francis M. Allegra
                                Judge