# In The United States Court of Federal Claims

No. 06-899L

(Filed: February 1, 2011)

———————

SWINOMISH INDIAN TRIBAL
COMMUNITY,

                Plaintiff,

       v.

THE UNITED STATES,

                Defendant.

———————

**ORDER**

———————

     On October 20, 2010, this court issued an order directing defendant to file a status report every 63 days regarding the possible damage, destruction or loss of records. Defendant is hereby relieved of this reporting requirement.

     **IT IS SO ORDERED**.

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge