# In The United States Court of Federal Claims

No. 06-899L

(Filed: July 18, 2011)

_____

SWINOMISH INDIAN TRIBAL
COMMUNITY,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On or before July 29, 2011, defendant shall file a status report indicating whether it has any intention, whatsoever, of filing a motion to dismiss in this case for lack of subject matter jurisdiction under 28 U.S.C. §1500.

      **IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge