# In The United States Court of Federal Claims

No. 06-899L

(Filed: January 6, 2012)

_____

SWINOMISH INDIAN TRIBAL
COMMUNITY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, January 24, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge